# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 05-1196 c/w 05-1195


**JERRY WAYNE CORSEY**

**VERSUS**

**IBERIA PARISH GOVERNMENT, GLYNN REAUX, AND COMMONWEALTH INSURANCE COMPANY**


**********

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT,
PARISH OF IBERIA, NO. 100033
HONORABLE GERARD W. WATTIGNY, DISTRICT JUDGE


**********

J. DAVID PAINTER
JUDGE
**********


Court composed of Marc T. Amy, Elizabeth A. Pickett, and J. David Painter, Judges.

**AFFIRMED.**


**Mark M. Gonzalez**
**210 Baronne St., Ste. 1800**
**New Orleans, LA  70112**

**Temporary Address:**
**201 St. Charles Ave, #2556**
**New Orleans, LA  70170**
**Attorney for Plaintiff-Appellant:**
        **Jerry Wayne Corsey**

**Joseph L. Ferguson**
**P.O. Box 9804**
**New Iberia, LA  70562**
**Attorney for Defendants-Appellees:**
        **SHERIFF SID HEBERT AND GLYNN REAUX**

PAINTER, Judge.

For the reasons set forth in the companion case hereto, *Ceasar v. Hebert*, 05-1195 (La.App. 3 Cir. __/__/06), ___ So.2d ___, the judgment of the trial court is affirmed. Costs of this appeal are assessed to the Plaintiff/Appellant, Jerry Corsey.

AFFIRMED.

1